## JAY R. MONROE vs. JAMES A. ROGERS et al.

*Van Buren Circuit, August,* 1870.

This cause being regularly on the calendar at each of two preceding terms, was continued by consent of parties " without terms." The plaintiff recovered, and included in his bill of costs five dollars term fee for each of the terms at which the case was continued. The Clerk, on motion of defendant, disallowed and struck out the term fees. Plaintiff now moves for a re-taxation.

*S. H. Blackman,* for Plaintiff.

*Stephenson & Barnum,* for Defendant.

*By the Court,* BROWN, J.—Plaintiff is entitled to the disputed items. The words " without terms " as used by the parties in

relation to a continuance, cannot be construed to mean a relinquishment of the term fee. Continuance "without terms," is equivalent to saying, "no terms shall be exacted as a *condition* to a continuance." The term fee provided by law, *Sess. L.* 1867, *p.* 84, is to be paid to the prevailing party "for every circuit or term at which the cause is regularly on the calandar and not reached, or is postponed, excluding that at which it is tried or heard." See *Root and Midler vs. Final,* 1 *Mich., N. P.,* 199.